|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VAHAN GHAZARYAN,<br><br>　　　　　　Defendant. | CASE NO.: 22CR01663-JLS<br><br>ORDER RE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Defendant's Motion Hearing/ Trial Setting to November 14, 2022 at 1:30 p.m. **is granted**. For the reasons set forth in the joint motion, time is excluded under section 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: October 12, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge